**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-cr-20796-KMM

UNITES STATES OF AMERICA,

        Plaintiff(s),

vs.

Ted Harvey Vernon

        Defendant(s).
_____/

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Government's Original Exhibits Re D.E. 92

[✓] Attachments
(Exhibit list, Order of Court)

Signature: _L. O'Sullivan_
Print Name: _Laurie O'Sullivan_
Agency or Firm: _USAO_
Address: _99 NE 4th Street_

Exhibits Released by:
_/s/ Hans_
(Deputy Clerk)

Telephone: _305 961-9006_
Date: _6-18-19_

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TED HARVEY VERNON,

Defendant.

GOVERNMENT EXHIBIT LIST

20796
CASE NUMBER: 17-20769-CR-
MOORE/BECERRA

| PRESIDING JUDGE | | | | GOVERNMENT ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Hon. Jacqueline Becerra, U.S.M.J. | | | | AUSA Lisa H. Miller | Barry Wax, Esq. & Richard J. Diaz |
| TRIAL DATE 4/18/19 & 5/24/2019 | | | | COURT REPORTER Yvette Hernandez & Dawn Savino | COURTROOM DEPUTY D. Johnson |
| GOV. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| GX 1 | | 4/18/19 | ✓ | ✓ | Photos taken from inside Defendant's Office during August 27, 2018 USPO Search |
| GX 2 | | 4/18 | ✓ | ✓ | USPO Seized Property Record – August 27, 2018 |
| GX 3 | | 4/18 | ✓ | ✓ | ATF Report 14 – Summary of USPO Search on August 27, 2018 and attached additional photographs from ATF |
| GX 4A | | 5/24 | ✓ | ✓ | ATF Report 13 – Summary of G.G. Interview, August 3, 2018 |
| GX 4B | | ʻʻ | ʻʻ | ʻʻ | ATF Report 17 – Summary of G.G. Interview, April 10, 2019 |
| GX 4C | | ʻʻ | ʻʻ | ʻʻ | Transcript of G.G. Recorded Statement, July 26, 2018 |
| GX 4D | | ʻʻ | ʻʻ | ʻʻ | Affidavit/Sworn Statement of G.G., August 13, 2018 |
| GX 4E | | ʻʻ | ʻʻ | ʻʻ | Legal Demand (Notarized) by G.G., August 13, 2018 |
| GX 5 | | ʻʻ | ʻʻ | ʻʻ | ATF Report 16 – Summary of D.H. Interview, April 9, 2019 |
| GX 6A | | 5/24 | ✓ | ✓ | ATF Report 15 – Nexus Report, August 29, 2018 |
| GX 6B | | 5/24 | ✓ | ✓ | Firearms Trace Summary for Firearms found on August 27, 2018 during USPO Search |
| GX 7 | | 5/24 | ✓ | ✓ | Final Judgment/Injunction, Ziel v. Vernon, March 20, 2017 |
| GX 8 | | 5/24 | ✓ | ✓ | Petition for Injunction, Ziel v. Vernon, September 23, 2016 |

2



| GX 9  | 5/24 | ✓  | ✓  | Defendant's Factual Proffer and Plea Agreement, 17cr20796-KMM |
| GX 10 | 4/18 | ✓  | ✓  | Defendant's Judgment & Conviction, 17cr20796-KMM |
| GX 11 | 5/24 | '' | '' | ATF Report 5 – Summary of October 25, 2017 incident giving rise to case and attached photographs |
| GX 12 | ''   | '' | '' | ATF Report 8 – Nexus Report, October 30, 2017 |
| GX 13 | 5/24 | ✓  | ✓  | DNA Report, January 11, 2019 |
| GX 14 | ''   | '' | '' | Emails re: Vernon v. Ziel |
| GX 15 | ''   | '' | '' | Criminal Complaint, 17-mj-3476-McAliley (*United States v. Vernon*) |

GX 16  5/24  ✓  ✓  Video of Deft's office Recorded by USPO

3

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   FLORIDA

USA
V.
TED HARVEY VERNON

**EXHIBIT AND WITNESS LIST**

Case Number:  17-20796-CR-MOORE

| PRESIDING JUDGE<br>Magistrate Jacqueline Becerra | PLAINTIFF'S ATTORNEY<br>Lisa Miller | DEFENDANT'S ATTORNEY<br>Richard J. Diaz |
|---|---|---|
| TRIAL DATE (S)<br>4/18/19 & 5/24/19 | COURT REPORTER<br>Y. Hernandez & D. Savino | COURTROOM DEPUTY<br>D. Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 4/18/2019 | | | USPO Lori Morales |
| x | | 4/18/2019 | | | Glenda "Gia" Gomez |
| x | | 5/24/2019 | | | USPO Lori Morales-redirect-recross |
| x | | 5/24/2019 | | | continuation of Glenda "Gia" Gomez |
| x | | 5/24/2019 | | | ATF S/A Crystal Eshelman |
| | x | 5/24/2019 | | | Richard Wolfe |
| | x | 5/24/2019 | | | Barry Wax |
| | x | 5/24/2019 | | | USPO Ralph Hughes |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages