UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

Case No. 17-CR-20796-KMM/Becerra

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TED HARVEY VERNON,

        Defendant.

_____/

## DEFENDANT'S UNOPPOSED AND JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

For this Motion, the Defendant TED HARVEY VERNON ("Mr. Vernon") states:

1. On July 10, 2019, this Court, having held an evidentiary hearing on Defendant's alleged violations of supervised, directed the parties to submit proposed findings of fact and conclusions of law by July 29, 2019.

2. That same day, undersigned counsel transmitted the transcript order form to the court reporter coordinator requesting a copy of the May 24, 2019 hearing transcript.

3. On July 16, 2019, the court reporter advised that the earliest the transcript could be completed would be July 24, 2019.

4. Additionally, undersigned counsel is travelling on a family vacation from July 17, 2019 to July 30, 2019.

5. Although undersigned counsel has prepared an initial working draft of the anticipated submission, it cannot be completed without the second hearing transcript.

6. Based on the foregoing, the Defendant hereby requests an extension to August 9, 2019 to submit his proposed findings of fact and conclusions of law

7. This motion is made in good faith and not for delay purposes.

8. Undersigned counsel contacted AUSA Lisa Miller who does not oppose the relief requested herein and joins in the request for extension.

WHEREFORE, Defendant prays this Court grant the relief requested herein.

Respectfully submitted,

s/ Richard J. Diaz

_____
Richard J. Diaz, Esq.
3127 Ponce De Leon Blvd.
Coral Gables, FL  33134
Telephone: (305) 444-7181
Facsimile: (305) 444-8178
F.B.N. 0767697

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed via CM/ECF and served electronically on all parties of record this 16th day of July, 2019.

s/ Richard Diaz

_____
Richard J. Diaz, Esq.