UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20796-MOORE

UNITED STATES OF AMERICA,

vs.

TED HARVEY VERNON,

    Defendant.

_____/

## CORRECTED JUDGMENT FOR REVOCATION

THIS CAUSE came before the Court for hearing on May 20, 2020, on two violations of probation.

The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds that the defendant has violated the terms and conditions of probation as to violation number one and two. The Court hereby REVOKES the period of probation. It is

ORDERED AND ADJUDGED that the Defendant is committed to the custody of the Bureau of Prisons for a term of 6 MONTHS, followed by supervised release for a term of two years.

The defendant shall surrender to the U.S. Marshal for this district or the designated institution by 12:00 noon on or before 6/1/2020.

DONE AND ORDERED in Chambers, at Miami, Florida, this 20th day of May, 2020.

_____
**K. MICHAEL MOORE**
**CHIEF UNITED STATES DISTRICT JUDGE**